UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION B-03-011 |
| versus | § | (Claim: 59965/59966) |
| | § | |
| RODOLFO BARRERA, JR., | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 217 W. Pierce Avenue #4, Harlingen, Texas 78550.

3. *The Debt.* The debt owed the United States as of the date of the Certificate of Indebtedness is:

(A) <u>Claim No: 59965</u>:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 4,223.38 |
| B. | Interest (capitalized and accrued) | $ | 2,409.33 |
| C. | Administrative fees, costs, penalties | $ | 40.00 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance due | $ | 7,222.71 |
| F. | Prejudgment interest accrues at 7.51% per annum being $ 0.87 per day. | | |

(B) <u>Claim No: 59966:</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 1,557.15 |
| B. | Interest (capitalized and accrued) | $ | 741.68 |
| C. | Administrative fees, costs, penalties | $ | 30.22 |
| D. | Attorney's fees | $ | <u>550.00</u> |
| E. | Balance due | $ | 2,879.05 |

F.  Prejudgment interest accrues at

8.00% per annum being $ 0.34 per day.

TOTAL OWED: (59965 + 59966):                                   <u>$   10,101.76</u>

The current principal in paragraph 3 A is after credits of $ 0.00.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.  *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer*. The United States prays for judgment for:

   A.  The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B.  Attorney's fees; and,

   C.  Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÌA, P.C.

By: _____
M. H. Cersonsky
State Bar: 04048500, Fed #5082
Jim L. García
State Bar: 07636700, Fed #8115
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff

U.S. DEPARTMENT OF EDUCATION

CERTIFICATE OF INDEBTEDNESS
SAN FRANCISCO, CALIFORNIA

Name: Rodolfo Barrera Jr.
AKA: N/A
Address: Rt. Box 364
Harlingen, TX 78552
SSN: 456 15 5022

B-03-011

Total debt due United States as of:  05/15/97   $6,672.71

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $4,223.38 from 05/15/97 at the annual rate of 7.51%. Interest accrues on the principal amount of this debt at the rate of $0.87 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 03/30/89 the debtor executed promissory note(s) to secure loan(s) from Bank IV, N.A. c/o Loan Origination Center - St. Paul, MN under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 08/11/89 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $551.38, thereby increasing the principal balance due to $4,223.38.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $4,223.38 |
| Interest: | $2,409.33 |
| Administrative/Collection Costs: | $40.00 |
| Penalites: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____6/5/97_____          _____[signature]_____
(Date)                                   Loan Analyst

PLAINTIFF'S EXHIBIT A

U.S. DEPARTMENT OF EDUCATION

CERTIFICATE OF INDEBTEDNESS
SAN FRANCISCO, CALIFORNIA

|  |  |
|---|---|
| Name: | Rodolfo Barrera Jr. |
| AKA: | N/A |
| Address: | Rt. Box 364 |
|  | Harlingen, TX 78552 |
| SSN: | 456 15 5022 |

B-03-011

Total debt due United States as of:   05/15/97   $2,329.05

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $1,557.15 from 05/15/97 at the annual rate of 8%. Interest accrues on the principal amount of this debt at the rate of $0.34 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 03/30/89 the debtor executed promissory note(s) to secure loan(s) from Bank IV, Wichita, N.A. - Wichita, KS under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 07/02/90 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $116.15, thereby increasing the principal balance due to $1,557.15.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $1,557.15 |
| Interest: | $741.68 |
| Administrative/Collection Costs: | $30.22 |
| Penalites: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____6/5/97_____   _____
(Date)                  Loan Analyst

PLAINTIFF'S EXHIBIT B