3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-011 |
| | § | (Claim No.: 59965/59966) |
| RODOLFO BARRERA, JR.., | § | |
| | § | |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States

of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
RODOLFO BARRERA, JR..
217 W. Pierce Avenue #4
Harlingen, Texas 78550

Respectfully submitted,

By:

M H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

**CERTIFICATE OF SERVICE**

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable
delivering the Original Complaint and Summons, on January 27, 2003, to:

RODOLFO BARRERA, JR..
217 W. Pierce Avenue #4
Harlingen, Texas 78550

M. H. Cersonsky