UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-011 |
| | § | (Claim No. 59965/59966) |
| RODLOFO BARRERA, JR., | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Rodolfo Barrera, Jr. has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Rodolfo Barrera, Jr.:

Claim No.: 59965
| | |
|---|---|
| Principal Balance: | $ 4,223.38 |
| Total Interest Accrued (As of May 15, 1997) | $ 2,409.33 |
| Administrative Charges | $    40.00 |
| Attorney's Fees | $   550.00 |
| | $ 7,222.71 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 7,222.71 |

Interest Rate:       7.51%
Daily Accrual:  $ 0.87

Claim No.: 59966
| | |
|---|---|
| Principal Balance: | $ 1,557.15 |
| Total Interest Accrued (As of May 15, 1997) | $   741.68 |
| Administrative Charges | $    30.22 |
| Attorney's Fees | $   550.00 |
| | $ 2,879.02 |
| Less Credits (Debtor Payments) | $     0.00 |
| Total Owed | $ 2,879.02 |

Interest Rate:       8.00%
Daily Accrual:  $ 0.34

Post-judgment interest at $1.33$% per annum.

Signed Apr 25, 2003, at Brownsville, Texas.

_____
United States District Judge